# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARTHA LOUISE LANE,<br><br>  Plaintiff,<br><br>vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-CV-01840-EPG<br><br>ORDER REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF THE PLAINTIFF AND TO CLOSE THIS CASE |

Pursuant to the parties' stipulation, the Commissioner's decision is reversed and this action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will direct an administrative law judge (ALJ) to issue a new decision. The Appeals Council will also instruct the ALJ to determine whether Plaintiff can perform her past relevant work or, alternatively, other work that exists in significant numbers given Plaintiff's age, education, vocational factors, and residual functional capacity.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Martha Louise Lane and against Defendant, Carolyn Colvin. The Clerk of the Court is also directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2016**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

1